COURT'S
EXHIBIT NO. _____ 2
IDENTIFICATION/EVIDENCE
DKT.# _____
DATE: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ROBERT SYLVESTER KELLY,
also known as "R. Kelly,"

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

19 CR 286 (AMD)

VERDICT SHEET

## AS TO COUNT ONE
### Racketeering

How do you find the defendant?

Guilty ___✓___    Not Guilty _____

*If you answered "Guilty" as to Count One, indicate whether the following Racketeering Acts were proved beyond a reasonable doubt. If you answered "Not Guilty," proceed to Count Two.*

Racketeering Act 1 (Bribery)

Proved ___✓___    Not Proved _____

Racketeering Act 2 (Sexual Exploitation of a Child – Stephanie)

Proved ___✓___    Not Proved _____

Racketeering Act 3 (Kidnapping – Sonja)

Proved _____    Not Proved ___✓___

Racketeering Act 4 (Mann Act Violations – Sonja)

A.    What is your verdict with respect to Racketeering Act 4(A) (Transportation)?

Proved _____        Not Proved __✓__ _Ø_

B.    What is your verdict with respect to Racketeering Act 4(B) (Coercion or Enticement)?

Proved _____        Not Proved __✓__ _Ø_

*If you answered "Proved" as to either Racketeering Act 4(A) or 4(B) or both, please answer the following question. If you answered "Not Proved," proceed to the next Racketeering Act.*

Please indicate which of the statutes the sexual activity violated. You should check all that apply, but need to at least check one.

_____    Sexual activity during the commission of a kidnapping of Sonja (violation of Illinois Criminal Code Section 5/12-16(a)(6))

_____    Sexual activity as part of the course of delivery of a controlled substance to Sonja (violation of Illinois Criminal Code Section 5/12-16(a)(7))

_____    Sexual activity where Sonja was unable to give knowing consent (violation of Illinois Criminal Code Section 5/12-15(a)(2))

Racketeering Act 5 (Mann Act Violation – Jerhonda)

Proved __✓__ _Ø_        Not Proved _____

Racketeering Act 6 (Forced Labor – Jerhonda)

Proved __✓__ _Ø_        Not Proved _____

Racketeering Act 7 (Sexual Exploitation of a Child – Jerhonda)

Proved __✓__ _Ø_        Not Proved _____

Racketeering Act 8 (Mann Act Violation – "Jane")

A.    What is your verdict with respect to Racketeering Act 8(A) (Transportation)?

Proved ___✓___    Not Proved _____

B.    What is your verdict with respect to Racketeering Act 8(B) (Coercion or Enticement)?

Proved ___✓___    Not Proved _____

Racketeering Act 9 (Mann Act – "Jane")

A.    What is your verdict with respect to Racketeering Act 9(A) (Transportation)?

Proved ___✓___    Not Proved _____

B.    What is your verdict with respect to Racketeering Act 9(B) (Coercion or Enticement)?

Proved ___✓___    Not Proved _____

C.    What is your verdict with respect to Racketeering Act 9(C) (Coercion or Enticement of Minor)?

Proved ___✓___    Not Proved _____

D.    What is your verdict with respect to Racketeering Act 9(D) (Transportation of Minor)?

Proved ___✓___    Not Proved _____

Racketeering Act 10 (Sexual Exploitation of a Child – "Jane")

Proved ___✓___    Not Proved _____

Racketeering Act 11 (Forced Labor – "Jane")

Proved ___✓___    Not Proved _____

3

<u>Racketeering Act 12 (Mann Act Violations – Faith)</u>

A.      What is your verdict with respect to Racketeering Act 12(A) (Transportation)?

Proved ____✓____      Not Proved _____

B.      What is your verdict with respect to Racketeering Act 12(B) (Coercion or Enticement)?

Proved____✓____      Not Proved_____

*If you answered "Proved" as to either Racketeering Act 12(A) or 12(B) or both, please answer the following question.   If you answered "Not Proved," proceed to the next Racketeering Act.*

Please indicate which of the statutes the sexual activity violated:

_____ Reckless endangerment (violation of N.Y. Penal Law § 120.20)
_____ Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
____✓____ ~~Both~~

<u>Racketeering Act 13 (Forced Labor – Faith)</u>

Proved ____✓____      Not Proved _____

<u>Racketeering Act 14 (Mann Act – Faith)</u>

A.      What is your verdict with respect to Racketeering Act 14(A)?

Proved ____✓____      Not Proved _____

B.      What is your verdict with respect to Racketeering Act 14(B)?

Proved ____✓____      Not Proved _____

4

*If you answered "Proved" as to either Racketeering Act 14(A) or 14(B) or both, please answer the following question.   If you answered "Not Proved," proceed to the next Racketeering Act.*

Please indicate which of the statutes the sexual activity violated:

_____  Reckless endangerment (violation of N.Y. Penal Law § 120.20)
_____  Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
\_\_✓\_\_\_  Both

### AS TO COUNT TWO
### Mann Act Transportation – "Jane"

How do you find the defendant?

Guilty \_\_✓\_\_\_        Not Guilty _____

### AS TO COUNT THREE
### Mann Act Coercion and Enticement – "Jane"

How do you find the defendant?

Guilty \_\_✓\_\_\_        Not Guilty _____

### AS TO COUNT FOUR
### Mann Act Coercion of a Minor – "Jane"

How do you find the defendant?

Guilty \_\_✓\_\_\_        Not Guilty _____

### AS TO COUNT FIVE
### Mann Act Transportation of a Minor – "Jane"

How do you find the defendant?

Guilty \_\_✓\_\_\_        Not Guilty _____

5

## AS TO COUNT SIX
### Mann Act Transportation – Faith

How do you find the defendant?

Guilty ___✓___        Not Guilty _____

*If you answered "Guilty" as to Count Six, please answer the following question.   If you answered "Not Guilty," proceed to the next Count.*

Please indicate which of the statutes the sexual activity violated:

_____ Reckless endangerment (violation of N.Y. Penal Law § 120.20)
_____ Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
___✓___ Both

## AS TO COUNT SEVEN
### Mann Act Coercion and Enticement – Faith

How do you find the defendant?

Guilty ___✓___        Not Guilty _____

*If you answered "Guilty" as to Count Seven, please answer the following question. If you answered "Not Guilty," proceed to the next Count.*

Please indicate which of the statutes the sexual activity violated:

_____ Reckless endangerment (violation of N.Y. Penal Law § 120.20)
_____ Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
___✓___ Both

6

## AS TO COUNT EIGHT
## Mann Act Transportation – Faith

How do you find the defendant?

Guilty____✓____        Not Guilty_____

*If you answered "Guilty" as to Count Eight, please answer the following question.    If you answered "Not Guilty," proceed to the next Count.*

Please indicate which of the statutes the sexual activity violated:

_____ Reckless endangerment (violation of N.Y. Penal Law § 120.20)
_____ Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
___✓___ Both

## AS TO COUNT NINE
## Mann Act Coercion and Enticement – Faith

How do you find the defendant?

Guilty ____✓____        Not Guilty _____

*If you answered "Guilty" as to Count Nine, please answer the following question.    If you answered "Not Guilty," proceed to the next Count.*

Please indicate which of the statutes the sexual activity violated:

_____ Reckless endangerment (violation of N.Y. Penal Law § 120.20)
_____ Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
___✓___ Both

7