# EXHIBIT A

Photograph of Past Prescription for Stephanie





**KAISER PERMANENTE**

Pharmacy

---

9/8/22                                    12:16 PM
Trans.: 6354                       Store: 01007
Reg.: 005                               Till: ddw
Cashier: K210188             Sales: K210188

* Not an Original Receipt *

SALE

---

RX 178400251207                    35.74  NY

Subtotal                                   35.74
Total Sales Tax                       0.00

Total                                        35.74

  Credit                                    35.74
  Card: Visa
  Account:
  Auth: 030517 (A)
  Entry: Contactless

APPROVED-Verified By PIN

Mode:                                   ISSUER
AID:
TVR:
IAD:
ARC:
APP:                                   US DEBIT

Total Tender                        35.74

Change Due                            0.00



* Not an original receipt *