# EXHIBIT B

F. #2019R00029

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------X

UNITED STATES OF AMERICA

[PROPOSED] <u>ORDER</u>

- against -

19-CR-286 (AMD)

ROBERT S. KELLY,

    Defendant.

------------------------------------------X

WHEREAS, on September 28, 2022 this Court held a restitution hearing and found that, pursuant to 18 U.S.C. § 2429 and 18 U.S.C. § 3663(a), ▬▬▬▬▬▬ identified as "Jane" in connection with these proceedings, is entitled to restitution in the amount of $300,668.20, and

WHEREAS the Court has also found that, pursuant to 18 U.S.C. 3663(a), ▬▬▬▬▬▬▬▬▬▬ identified as "Stephanie" in connection with these proceedings, is entitled to restitution in the amount of $53,987.20.

IT IS HEREBY ORDERED THAT:

1. The defendant shall pay restitution in the amount of $300,668.20 to ▬▬▬▬▬ and $53,987.20 to ▬▬▬▬▬▬▬▬

2. This sum is due immediately, and must be paid at a minimum default rate of 25% of the defendant's gross monthly income while incarcerated and 25% of the defendant's gross monthly income following his release;

3. The defendant is required to submit an annual sworn financial affidavit, with the first due no later than June 29, 2023, stating all income received by the defendant, including income received by third parties or entities where that income is received for the benefit of the defendant. These annual financial affidavits shall be due to the Court until the earlier of (1) the defendant's payment of his restitution obligations in full or (2) twenty years past the date of his release when the liability will expire pursuant to 18 U.S.C. § 3613(b).

4. Based upon the information contained in the annual affidavit, the Court may adjust the payment schedule to reflect the defendant's financial circumstances and ability to pay.

Dated: Brooklyn, New York
     October __, 2022

So Ordered.

_____
THE HONORABLE ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK