```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA,                             :
                                                      :        AMENDED NOTICE OF APPEAL
                                                      :
-vs-                                                  :        19 CR 286 (AMD)
                                                      :
                                                      :        The Honorable Ann M. Donnelly
ROBERT SYLVESTER KELLY,                               :        District Court Judge
     also known as "R. Kelly,"                        :
                                                      :
             Defendant.                               :
------------------------------------------------------X
```

PLEASE TAKE NOTICE that Robert Sylvester Kelly amends his Notice of Appeal previously filed in this matter on July 11, 2022, to include this Court's November 8, 2022, order amending the judgment in this matter to include a restitution award of $300,668.18.

/s/ASHLEY COHEN
Bonjean Law Group PLLC
750 Lexington Avenue, 9th Floor
New York, NY 10022
P: (718) 875-1850
Email: Ashley@bonjeanlaw.com

Dated: November 22, 2022